# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| CUSTOM POLYMERS PET, LLC, | |
| Plaintiff, | |
| vs. | C.A. No: 6:15-cv-04882-MGL |
| GAMMA MECCANICA SPA, INNOVATIVE RECYCLING SOLUTIONS, LLC, GAMMA MECCANICA NORTH AMERICA, | |
| Defendants. | |

## CONSENT ORDER

Having considered the Joint Status Report and Consent Motion to Alter Deadlines submitted on January 15, 2016 (Doc. 21), and pursuant to this Court's January 12, 2016, Text Order, the Court hereby ORDERS as follows:

1. Defendants Gamma Meccanica SpA and Gamma Meccanica North America's Motion to Alter Time (Doc. 12) is DISMISSED AS MOOT.

2. Defendants Gamma Meccanica SpA, Innovative Recycling Solutions, LLC, and Gamma Meccanica North America (collectively, "Defendants") shall have until February 15, 2016, to respond to Plaintiff's Motion for Anti-Suit Injunction (Doc. 8).

3. The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be twenty-one (21) days after the Court rules on the Motion for Anti-Suit Injunction, or April 11, 2016, whichever is later.

4. Discovery, initial disclosures, and all other preliminary deadlines, including those under Rule 26, shall be stayed until the Court rules on Plaintiff's Motion for Anti-Suit Injunction.

IT IS SO ORDERED.

                        s/Mary Geiger Lewis
                        MARY GEIGER LEWIS
                        UNITED STATES DISTRICT JUDGE

January 19, 2016
Columbia, South Carolina